UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KASHAT LAND COMPANY, L.L.C.,  Docket No: 05-72002
a Michigan limited liability company,  Hon. Patrick J. Duggan
and MICHIBAY WEST, INC.,  Magistrate Judge Scheer
a Michigan corporation,  LC No: 05-1554-CZ

       Plaintiffs,

v.

THE TOWNSHIP OF WASHINGTON,
a municipal corporation,

       Defendant.
_____/

O'REILLY RANCILIO, P.C.
By:   Lawrence M. Scott (P30228)
Attorneys for Plaintiffs
12900 Hall Road, Ste. 3509
Sterling Heights, MI 48313-1151
(586) 726-1000/FAX 1560

| JOHNSON, ROSATI, LABARGE, | JOHNSON, ROSATI, LABARGE, |
|---|---|
| ASELTYNE & FIELD, P.C. | ASELTYNE & FIELD, P.C. |
| By:   CAROL A. ROSATI (P32288) | By:   J. RUSSELL LABARGE, JR. (P16321) |
| TIMOTHY S. WILHELM (P67675) | Co-counsel for Defendant |
| Attorneys for Defendant | 24825 Little Mack, Ste. 200 |
| 34405 W. Twelve Mile Road, Ste. 200 | St. Clair Shores, MI 48080 |
| Farmington Hills, MI 48331-5627 | (586) 777-2277/FAX 3121 |
| (248) 489-4100/FAX 1726 | |

_____/

**ORDER DISMISSING FEDERAL CLAIMS
AND REMANDING MATTER TO STATE COURT**

At a session of said Court, held in the City of Detroit,
County of Wayne, State of Michigan on MAY 24, 2005.

PRESENT: HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT COURT JUDGE

The parties having stipulated to entry of this Order; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that all federal claims contained in the Complaint are dismissed without prejudice;

IT IS FURTHER ORDERED that this case shall be remanded to the Macomb County Circuit Court.

                                                      s/PATRICK J. DUGGAN
                                                      UNITED STATES DISTRICT JUDGE

Approved:

s/ Lawrence M. Scott
Attorneys for Plaintiffs
(P30228)

s/ Carol A. Rosati
Attorney for Defendant
crosati@jrlaf.com
(P 32288)